UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Unsealing Order** |
| – v. – | 18 Cr. 217 |
| GORDON FREEDMAN, JEFFREY GOLDSTEIN, TODD SCHLIFSTEIN, DIALECTI VOUDOURIS, and ALEXANDRU BURDUCEA | |
| Defendants. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney David Abramowicz;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed and to have a United States District Judge assigned to this case, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court, and that a United States District Judge be assigned to the case.

Dated:  New York, New York
        March 16, 2018

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GORDON FREEDMAN,
JEFFREY GOLDSTEIN,
TODD SCHLIFSTEIN,
DIALECTI VOUDOURIS, and
ALEXANDRU BURDUCEA,

Defendants.

ORDER

18 Cr. 217

(18 U.S.C. §§ 371, 1001, 1028A(a)(1),
1028A(c)(5), 1349 and 2; 42 U.S.C.
§§ 1320a-7b(b)(1)(B), 1320d-6(a)(3) and
1320d-6(b)(1).)

GEOFFREY S. BERMAN
United States Attorney.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2018

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **Unsealing of Indictment 18 Cr. 217**

Dear Judge Netburn:

  The Government respectfully requests that Indictment 18 Cr. 217 be unsealed and that a United States District Judge be assigned to the case. A proposed order to that effect is attached. This case is designated as a Wheel C case.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney

          By: /s/
             Noah Solowiejczyk / David Abramowicz
             Assistant United States Attorneys
             Tel.: (212) 637-2473 / 6525

Enclosure