AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

U SA

_____
Plaintiff

Alexandru v. Burducea
_____
Defendant

)
)
)
)
)

Case No.  18 CR 217

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alejandru   Burducea

Date:  3-16-18          _____

_____
Attorney's signature

Nicholas KAIZER
_____
Printed name and bar number

Levitt & KAIZER
Yo Fulton Street 23 floor
NY NY 10038
_____
Address

nKaizer @ LawKlaw.com
_____
E-mail address

Tel  212 980 Y000
_____
Telephone number

Fax 212 980 YYYY
_____
FAX number

Cell 917 324-Y000