```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

GORDON FREEDMAN,
JEFFREY GOLDSTEIN,
TODD SCHLIFSTEIN,
DIALECTI VOUDOURIS,
ALEXANDRU BURDUCEA,

                Defendants.
------------------------------------------------------------------x

**ORDER**
18 CR 217 (KMW)

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for Wednesday, March 21, 2018, is adjourned to Monday, March 26, 2018, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
       March 20, 2018

                                                              KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE