**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

April 12, 2019

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re:    United States v. Alex Burducea,
                  18 Cr. 217 (KMW)

Dear Judge Wood:

      With the government's consent, I respectfully request a 30-day adjournment of Alex Burducea's sentence, presently scheduled for May 22, as we seek to address various outstanding issues, including restitution. I note that one or another of counsel for the government and the defendant will be unavailable June 21 through July 12.

      Thank you for considering this request.

                              Respectfully,

                              Richard Levitt

cc:    AUSA Noah Solowiejczyk (by email and ECF)
        PTSO Marlon Ovalles (by email to: Marlon_Ovalles@nyspt.uscourts.gov)