**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

RECEIVED APR 15 2019 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/19

April 12, 2019

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Alex Burducea,
18 Cr. 217 (KMW)

Dear Judge Wood:

With the government's consent, I respectfully request a 30-day adjournment of Alex Burducea's sentence, presently scheduled for May 22, as we seek to address various outstanding issues, including restitution. I note that one or another of counsel for the government and the defendant will be unavailable June 21 through July 12.

Thank you for considering this request.

Respectfully,

Richard Levitt

cc: AUSA Noah Solowiejczyk (by email and ECF)
PTSO Marlon Ovalles (by email to: Marlon_Ovalles@nyspt.uscourts.gov)

*Sentencing is adjourned to June 18, 2019, at 2:30 p.m. Defendant's submission is due by June 4, 2019. Government submission is due by June 11, 2019.*

4-15-19
SO ORDERED: N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.