<div style="display:flex;justify-content:space-between;">

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

</div>

<div align="center">

LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

</div>

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

May 28, 2019

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re:    United States v. Alexandru Burducea,
                  <u>18 Cr. 217 (KMW)</u>

Dear Judge Wood:

      With the government's consent, I respectfully request a 30-day adjournment of Alexandru Burducea's sentence, presently scheduled for June 18, as we seek to address various outstanding issues with the government, including restitution.

      Thank you for considering this request.

                                         Respectfully,

                                         Richard Levitt

cc:    AUSA Noah Solowiejczyk (by email and ECF)
       USPO (Jonathan_Bressor@nysp.uscourts.gov)