

RICHARD WARE LEVITT
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000
FACSIMILE
(212) 480-4444

RECEIVED MAY 29 2019 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/19

May 28, 2019

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Alexandru Burducea,
18 Cr. 217 (KMW)

Dear Judge Wood:

With the government's consent, I respectfully request a 30-day adjournment of Alexandru Burducea's sentence, presently scheduled for June 18, as we seek to address various outstanding issues with the government, including restitution.

Thank you for considering this request.

Respectfully,

Richard Levitt

Sentencing is adjourned to July 23, 2019 at 11:00am. Defendant's submission is due by July 9, 2019. Government submission is due by July 16, 2019.

cc: AUSA Noah Solowiejczyk (by email and ECF)
USPO (Jonathan_Bressor@nysp.uscourts.gov)

SO ORDERED: N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.