UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

*USDS*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 6/26/19*

-against-

**ORDER**
18 CR 217 (KMW)

ALEXANDRU BURDUCEA,

                      Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

        Due to a conflict with the Court's calendar, the sentencing currently scheduled for July 23, 2019, is adjourned to Wednesday, July 31, 2019, at 11:30 a.m.

        SO ORDERED.

Dated: New York, New York
       June 26, 2019

                                                                   */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE