UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-                                                        **ORDER**
                                                                  18 CR 217 (KMW)
ALEXANDRU BURDUCEA,

                                Defendant.
-----------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the sentencing currently scheduled for Monday, December 9, 2019, is adjourned to Monday, December 16, 2019, at 11:00 a.m.

      SO ORDERED.

Dated: New York, New York
          December 5, 2019

                                                              /s/ Kimba M. Wood
                                                          KIMBA M. WOOD
                                                   UNITED STATES DISTRICT JUDGE