# LEVITT & KAIZER
### ATTORNEYS AT LAW

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
egolub@landklaw.com

*ADMITTED IN N.Y., FLA, AND D.C.

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(646) 496-3390

RECEIVED JAN 3 0 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/20

January 30, 2020

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   United States v. Alex Burducea,
      18 Cr. 217 (KMW)

Dear Judge Wood:

I represent Alexandru Burducea, who was sentenced Monday, principally, to a custodial term of 57-months. I write to modify his bond to permit his travel throughout New York and New Jersey. On March 16, 2018, Burducea was released on a $200,000 recognizance bond co-signed by two FRPs and his travel was restricted to the SDNY/EDNY and New Jersey for employment.

Burducea and his wife will be selling their home in Queens and looking for a new home for their family. We therefore seek modification of the terms of Burducea's pretrial release to permit his travel throughout New York and New Jersey. We have communicated with both AUSA David Abramowicz and with Burducea's pretrial services officer, Marlon Ovalles, neither of whom object to the proposed enlargement of Burducea's bond. *Granted. KMW*

Thank you for considering this request.

Respectfully,

Richard Levitt

cc: AUSA Noah Solowiejczyk (by email and ECF)
    PTSO Marlon Ovalles (by email to: Marlon_Ovalles@nyspt.uscourts.gov)

1-30-20
SO ORDERED:  N.Y., N...

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.