

RECEIVED
MAR 0 5 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

RICHARD WARE LEVITT
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
of counsel
emilygolublaw@gmail.com

* ADMITTED IN N.Y., FLA., AND D.C.

**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000
FACSIMILE
(212) 480-4444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

March 4, 2020

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

      Re:   United States v. Alex Burducea,
            18 Cr. 217 (KMW)

Dear Judge Wood:

At Alex Burducea's sentencing I asked the Court to recommend a designation to "Otisville", but should have more clearly stated Otisville SPC (Satellite Prison Camp), rather than FCI Otisville– which is reflected in the Judgment (at p.2). I therefore respectfully ask the Court to amend the Judgment to reflect a recommendation of Otisville SPC, or to "so order" this letter and I will forward it to the BOP designator.

[handwritten: Granted KMW]

Thank you for considering this request.

                          Respectfully,

                          Richard Levitt

[handwritten: I will issue an amended Judgment.]

cc:   AUSA Noah Solowiejczyk (by email and ECF)
       PTSO Marlon Ovalles (by email to: Marlon_Ovalles@nyspt.uscourts.gov)

**SO ORDERED:** N.Y., N.Y.   3-5-20

                          Kimba M. Wood
                           KIMBA M. WOOD
                              U.S.D.J.