USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

            -against-

ALEXANDRU BURDUCEA,

                       Defendant.

--------------------------------------------------------X

18-CR-217 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       This Court sentenced Defendant Alexandru Burducea ("Defendant") to 57 months' imprisonment. (ECF No. 259.) Defendant is not currently in custody; this Court ordered him to surrender to a facility designated by the Bureau of Prisons on June 1, 2020. (*Id.*) The Court's decision to permit Defendant to voluntarily surrender reflects a determination that he is neither a flight risk nor a danger to his community. *See* 18 U.S.C. § 3143(a)(1).

       Many courts in this District have acknowledged the danger that large prison populations, as well as guards and other prison staff, face from the COVID-19 pandemic. *See, e.g., United States v. Stephens*, No. 15-CR-95, 2020 WL 1295155, at *2 (S.D.N.Y. March 19, 2020) (Nathan, J.). This Court shares that concern.

       To avoid unnecessarily increasing the federal prison population during the COVID-19 pandemic, this Court *sua sponte* extends Defendant's surrender date from June 1, 2020, to December 1, 2020. Defendant is ordered to self-surrender directly to the facility designated by the Bureau of Prisons on that date, at 11:00 a.m. If a facility has not been designated, he is ordered to surrender to the United States Marshal for this district at 500 Pearl Street, Suite 400, in New York City, on the same date and time. Should conditions necessitate a longer extension,

the Court will entertain a request to that effect from Defendant.

SO ORDERED.

Dated: New York, New York
March 31, 2020

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge