UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against-

ALEXANDRU BURDUCEA,

                        Defendant.
-------------------------------------------------------------------x

**ORDER**
18 CR 217 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/20

KIMBA M. WOOD, District Judge:

     The Court hereby recommends, to the Bureau of Prisons, that the defendant be designated to Otisville Satellite Prison Camp.

     SO ORDERED.

Dated: New York, New York
          September 17, 2020

                                              _____
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE